**Petition for Writ of Mandamus Denied and Memorandum Opinion filed January 13, 2012.**



In The

# Fourteenth Court of Appeals

———————

### NO. 14-12-00021-CV

———————

### IN RE PETER MARCUS JONTE, Relator

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**308th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-41029**

## MEMORANDUM  OPINION

On January 11, 2012, relator filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code § 22.221; *see also* Tex. R. App. P. 52. Relator complains that respondent, the Honorable James Lombardino, presiding judge of the 308th District Court of County, Texas, ordered the case referred to mediation and denied his motion to dismiss the underlying case.[1]

---

[1] Relator also filed a motion for emergency stay requesting we set aside the order to mediation. The trial court signed the order referring the case to mediation on December 12, 2011. According to relator, the matter was scheduled for mediation the day after the petition and emergency motion were filed. We denied the emergency motion on January 12, 2012.

Relator has not established that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus.

PER CURIAM

Panel consists of Justices Frost, Brown, and Christopher.